# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

**NOTICE**

v.

MARK ALAN CIOPRYNA

CASE NUMBER: CR217-51

TYPE OF CASE: ☐ CIVIL   ☒ CRIMINAL

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | Courtroom 1 |
| | **DATE AND TIME**<br>12/20/2018 at 10:30 am |

TYPE OF PROCEEDING

Sentencing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/10/2018
DATE

s/ Whitney Sharp
(BY) DEPUTY CLERK

Phone No.  912-658-6667

To
Donnie Dixon
Robert Willis
Karl Knoche
USMS
USPO
CSO's

GAS Rev 2/5/02