# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR217-51**  DATE **12/20/2018**
TITLE **USA v. Mark Alan Ciopryna**
TIMES **10:23 - 10:44**  TOTAL **21 Minutes**

Honorable : **Lisa Godbey Wood, U. S. District Court Judge**   Courtroom Deputy : **Whitney Sharp**
Court Reporter : **Debra Gilbert**   Interpreter :

| Attorney for Government | Attorney for Defendant(s) | Defendant(s) |
|---|---|---|
| Karl Knoche | Donnie Dixon<br>Robert Willis | |

PROCEEDINGS : **Sentencing**   ☑ In Court   ☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 29 / Criminal History IV / Guideline 60 Months /
1-3 years supervised release / $50,000 - $250,000 fine / $100 special assessment /
no minimum - 5 years maximum
Defense 10:26 - 10:32 / Government 10:32 - 10:38 /Defendant 10:38 - 10:39
Court - BOP 50 months / 3 years supervised release / no fine / $100 special assessment /
forfeiture per agreement / standard, special and mandatory conditions of release / DNA
sample / no firearms or weapons / submit to substance abuse testing and no tampering /
subject to searches / FCI Jesup to the extent space and security allow / appeal wavier /
Defendant remanded into the custody of USMS.